# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Bridget Froelich, | ) Case No. 24-CV-02075 |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| vs. | ) |
| Tinder, Inc. | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Bridget Froelich, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 2, 2024

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/ *Michael L. Fradin*

- 2 -