**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Bridget Froelich

                Plaintiff,

v.                                            Case No.: 1:24–cv–02075
                                                    Honorable Lindsay C. Jenkins

Tinder, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 3, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: On plaintiff's Notice [11] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) this case is dismissed without prejudice. Status hearing set for 5/22/2024 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.